Name and address:

James S. Link (State Bar #94280)
james.s.link@att.net
Baraban & Teske
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA  91101
(626)440-9882 (voice) (626)440-9393 (fax)

# UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

Irma Rameriz and Daren Heartherly

Plaintiff(s)

v.

Java On Ocan Coffee House, et al.

Defendant(s).

CASE NUMBER

CV 12-3457 EDL

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

Yvonne W. Wu

☐ Plaintiff   ☒ Defendant   ☐ Other

*Name of Party*

to substitute  James S. Link of Baraban & Teske  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

215 N. Marengo Avenue, 3rd Floor
*Street Address*

Pasadena, CA 91101                           james.s.link@att.net
*City, State, Zip*                           *E-Mail Address*

626-440-9882          626-440-9393          94280
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of  Howard N. Chung
                                  *Present Attorney*

**is hereby**   ☐ GRANTED   ☐ DENIED

Dated  October 12, 2012

*[signature: Elizabeth D. Laporte]*

~~U. S. District~~ Judge/U.S. Magistrate Judge
Elizabeth D. Laporte

G–01 ORDER (07/12)          **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**