Name and address:

James S. Link (State Bar #94280)
james.s.link@att.net
Baraban & Teske
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA 91101
(626)440-9882 (voice) (626)440-9393 (fax)

# UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma Rameriz and Daren Heartherly <br> **Plaintiff(s)** <br> v. <br> Java On Ocan Coffee House, et al. <br> **Defendant(s).** | CASE NUMBER <br> CV 12-3457 EDL <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Yvonne W. Wu         ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute   James S. Link of Baraban & Teske   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

215 N. Marengo Avenue, 3rd Floor
*Street Address*

Pasadena, CA 91101                              james.s.link@att.net
*City, State, Zip*                              *E-Mail Address*

626-440-9882          626-440-9393          94280
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of   Howard N. Chung
                                   *Present Attorney*

**is hereby**   ☐ GRANTED   ☐ DENIED

Dated   October 12, 2012

*[Signature: Elizabeth D. Laporte]*
~~U. S. District~~ Judge/U.S. Magistrate Judge
Elizabeth D. Laporte

G–01 ORDER (07/12)        **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**