Name and address:

James S. Link (State Bar #94280)

james.s.link@att.net

Baraban & Teske

215 N. Marengo Avenue, 3rd Floor

Pasadena, CA  91101

(626)440-9882 (voice) (626)440-9393 (fax)

# UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma Rameriz and Daren Heartherly <br> **Plaintiff(s)** <br> v. <br> Java On Ocan Coffee House, et al. <br> **Defendant(s).** | CASE NUMBER <br> CV 12-3457 EDL <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Howard N. Chung          ☐ Plaintiff   ☒ Defendant   ☐ Other

*Name of Party*

to substitute    James S. Link of Baraban & Teske    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

215 N. Marengo Avenue, 3rd Floor

*Street Address*

Pasadena, CA 91101                                james.s.link@att.net

*City, State, Zip*                                      *E-Mail Address*

626-440-9882              626-440-9393              94280

*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of    Howard N. Chung

*Present Attorney*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated   October 15, 2012

*(signature)* Elizabeth D. Laporte

~~U. S. District Judge~~/U.S. Magistrate Judge

Elizabeth D. Laporte

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.